

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00682-CR

**IN RE** David **MENCHACA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

On November 2, 2015, relator filed a pro se petition for writ of mandamus. This court has determined that we lack jurisdiction to consider relator's petition. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on November 10, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause Nos. 2007CRD000466 D4 and 2007CRP000388 D1, styled *The State of Texas v. David Menchaca*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale Jr. presiding.